MACEDO SOARES, INC., Respondent, *v.* JOSE GUERTZENSTEIN, Appellant.

Submitted May 15, 1950; decided May 18, 1950.

*Nathan H. Herman* for motion.

*Louis Okin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.